# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL C. MOORE, Defendant. | PO-19-05253-GF-JTJ  VIOLATION: 7354144 Location Code: M13  ORDER |

Based upon the United States' motion to accept the defendant's payment of a $65 fine and $30 processing fee for violation 7354144 (for a total of $95), and for good cause shown, IT IS ORDERED that the $95 fine ($65 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7354144. IT IS FURTHER ORDERED that the initial appearance scheduled for February 6, 2020, is VACATED.

DATED this 31st day of January, 2020.

John Johnston
United States Magistrate Judge